United States District Court
Northern District of California

1
2
3                          UNITED STATES DISTRICT COURT
4                         NORTHERN DISTRICT OF CALIFORNIA
5                                  SAN JOSE DIVISION
6
7   ACE AMERICAN INSURANCE
    COMPANY,                                  Case No.  14-cv-00271-BLF
8                  Plaintiff,
                                              **CASE MANAGEMENT ORDER**
9        v.
10  SYED ALI,
11                 Defendant.
12
13       On 05/21/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case
14  Management Conference.
15       IT IS HEREBY ORDERED that the following schedule shall apply in this case:
16

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 11/13/2014 AT 1:30 pm<br>Case Management Statement due 11/06/2014 |
| Last Day to Amend Pleadings or Add Parties | 01/15/2015 |
| Disclosure of Expert Reports | 01/15/2015 |
| Fact Discovery Cut-Off | 02/15/2015 |
| Initial Disclosures Due | 07/03/2014 |
| Last Day to Hear Dispositive Motions | 04/30/2015 at 9:00 am |
| Final Pretrial Conference | 07/16/2015 at 2:30 pm |
| Trial | 07/27/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the parties are to contact court ADR for mediation.

Dated:  May 22, 2014

_____
BETH LABSON FREEMAN
United States District Judge