NEIL S. LERNER (SBN 134031)
COX WOOTTON LERNER GRIFFIN
HANSEN & POULOS, LLP
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone    (310) 979-9144
Facsimile    (310) 979-9244
E-mail       nsl@cwlfirm.com

Attorneys for Plaintiff,
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA ● SAN JOSE

| ACE AMERICAN INSURANCE COMPANY, | Case No. 5:14-cv-00271-BLF |
|---|---|
| Plaintiff, | IN ADMIRALTY |
| vs. | **STIPULATION FOR ORDER OF DISMISSAL OF ENTIRE ACTION** |
| SYED ALI, | |
| Defendant. | |

WHEREAS, the Parties in the above-referenced matter have entered into a Settlement Agreement. Plaintiff, ACE AMERICAN INSURANCE COMPANY ("Ace" or "Plaintiff"), on the one hand and Defendant, SYED ALI ("Ali" or "Defendant") (collectively the "Parties"), have agreed to settle the claims and allow for dismissal of the entire action.

Pursuant to the terms of the Settlement Agreement, no claims shall be retained or continue to be maintained against Defendant, and the Complaint against Defendant shall be dismissed with prejudice.

WHEREAS, in furtherance of such settlement the following order is requested to be entered by all parties;

IT IS HEREBY STIPULATED THAT:

1. The Court shall enter a final decree of dismissal;

2. All of the claims of Plaintiff shall be dismissed with prejudice;

3. All of the claims of Defendant shall be dismissed with prejudice including any claims Defendant could have made in the action.

4. Pursuant to the terms of the Settlement Agreement, the Parties waive any claim for attorney's fees and costs;

IT IS SO STIPULATED.

DATED: March 2, 2015            COX WOOTTON LERNER GRIFFIN

                                      HANSEN & POULOS, LLP

                                      By:   /s/ Neil S. Lerner
                                             NEIL S. LERNER
                                             Attorneys for Plaintiff,
                                             ACE AMERICAN INSURANCE
                                             COMPANY

DATED: March 2, 2015            BERLINER COHEN

                                      By:   /s/ Christine H. Long
                                             Christine H. Long
                                             Attorneys for Defendant,
                                             SYED ALI

# **ORDER**

The Court has before it, the Parties' Stipulation and Proposed Order for Entry of Decree of Dismissal.

Based upon the facts of this case, the Settlement Agreement and the stipulation of the Parties, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall enter a final decree of dismissal with prejudice;

2. All claims of Plaintiff, ACE AMERICAN INSURANCE COMPANY are dismissed with prejudice;

3. All of the claims of Defendant shall be dismissed with prejudice including any claims Defendant could have made in the action.

4. Pursuant to the terms of the Settlement Agreement, the Parties waive any claim for attorney's fees and costs;

DATED this  Hå  day of March, 2015                     /s/ Beth Labson Freeman
                                                                                          Honorable Beth Labson Freeman,
                                                                                          United States District Court Judge